# UNITED STATES DISTRICT COURT IN AND FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Kevin Murray, <br><br>      Plaintiff, <br><br>vs. <br><br>Wells Fargo Bank, N.A., <br><br>      Defendant. | Case No.: 3:16-cv-04352-MEJ <br><br>**[PROPOSED] ORDER** |

Based on the Stipulation jointly filed by the Parties to the above-captioned case, it is hereby **ORDERED** that this case is dismissed with prejudice, with each party to bear its own attorney fees and costs.

**IT IS SO ORDERED**.

Dated: July 5, 2017

_____
Hon. Maria Elena-James
United States District Judge

PROPOSED ORDER